IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN FITZGERALD HENDERSON, SR.,
Inmate No. D87291,
    Plaintiff,

vs.                                                                       Case No. 3:15cv480/RV/EMT

JULIE L. JONES, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 11, 2016 (ECF No. 17). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 21), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's construed motion for preliminary injunctive relief (ECF No. 13) and "Emergency Request for Injunctive Restrainer" (ECF No. 16) is **DENIED**.

**DONE AND ORDERED** this 26th day of January, 2016.

                                                /s/ *Roger Vinson*
                                                **ROGER VINSON**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**