IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN FITZGERALD HENDERSON, SR.,
FDOC Inmate No. D87291,
    Plaintiff,

vs.                                                 Case No. 3:15cv480/RV/EMT

JULIE L. JONES, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff, who was then an inmate of the Florida Department of Corrections ("FDOC"), commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated September 19, 2016, Plaintiff was directed to file an amended complaint on or before October 14, 2016 (ECF No. 38).[1] Plaintiff failed to file an amended complaint by the deadline; therefore, on November 15, 2016, the court issued an order requiring Plaintiff either to show cause why this action should not be

---

[1] Because Plaintiff was released from custody during the pendency of this action, the clerk mailed the order of September 19 to Plaintiff's address of release (2333 Feather Sound DRB 705, Clearwater, FL 33762), as indicated on the FDOC's website. The order was not returned to the court as undeliveralbe.

dismissed for failure to comply with an order of the court, or to file an amended complaint or notice of voluntary dismissal, within thirty (30) days (ECF No. 40). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or notice of voluntary dismissal, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 21st day of December 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:15cv480/RV/EMT